Walter J. Turner and George L. Googe, Individually and as Vice Presidents and Members of Board of Directors and as Representatives of Members of International Printing Pressmen and Assistants' Union of North America, and Peter Perrigo, Member of said Union, Appellees, v. Walter A. Rebenson, William R. Kenny, Joseph Nelligan and Joseph Gavin, Individually and as Representatives of Unincorporated Association Known as Printing Specialties and Paper Products Union Number 415, Appellants. International Printing Pressmen and Assistants' Union of North America, Defendant-Appellee.

Gen. No. 46,260.   (Abstract of Decision.)

Russell Packard, for appellants; Jacob N. Gross, for appellees. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed December 2, 1953; released for publication December 30, 1953.